**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. |
| Plaintiff, | : | 3:08-CR-00145 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JERRY BROWN, | : | JUNE 6, 2013 |
| Defendant. | : | |

**ORDER Re: [115] MOTION FOR REDUCTION OF SENTENCE**

Motion re Reduction of Sentence Crack Cocaine Offense/Retroactive Application of Sentencing Guidelines 18 USC 3582, Doc. No. 115, is denied. Amendment 750 applies to guidelines involving cocaine base/crack. Defendant was sentenced solely on cocaine. See Judgment (Doc. No. 98) "Nature of Offense;" PSR (Doc. No. 116-2) at Paragraph 15 (Base Offense Level). Therefore, Amendment 750 is not applicable to him.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 6th day of June, 2013.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge